JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO NAVARRO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>U.S. FOODS, INC. doing Business in California as U.S. FOODSERVICE, INC., and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | No. 2:20-cv-10387-JAK-JEM<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ACTION, WITH PREJUDICE (DKT. 16)** |

　　　　Based on a review of the Joint Stipulation to Dismiss Action, with Prejudice (the "Stipulation" (Dkt. 16)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** Pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is dismissed in its entirety, with prejudice, with each party bearing his or its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated:　June 15, 2021　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　　　　　　　United States District Judge